7jgmtwoh (7/15)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

*In Re:* Adam Kevin Gable and Angel Rose Gable
*Debtor*

*Bankruptcy Case No.*
15–43369–drd7

**State of Kansas Department of Labor**
  Plaintiff(s)

*Adversary Case No.*
16–04006–drd

v.

**Angel Rose Gable**
  Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that the described unemployment insurance benefit indebtedness owed by Defendant Gable to KDoL in the amount of $2477, and interest as imposed pursuant to K.S.A. §44–719(d)(2), which interest has accrued in the amount of $1174.67, all should be and hereby is ordered exempt from discharge pursuant to 11 U.C.S. § 523(a)(2) and 11 U.S. C. 727. Costs, in the form of filing fees in the amount of $350.00, are awarded in favor of KDoL and assessed against Defendant Gable.

PAIGE WYMORE–WYNN
Acting Court Executive

By: /s/ Kim McClanahan
  Deputy Clerk



Date of issuance: 2/16/16

Court to serve